UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALLEN WILFORD,

    Petitioner,

v.

    File No. 1:13-cv-808

    HON. GORDON J. QUIST

WILLIE SMITH,

    Respondent.

_____/

## ORDER

This is an action for habeas corpus relief under 28 U.S.C. § 2254. On July 5, 2017, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that the Court deny the petition for lack of merit, deny Petitioner's motion to stay the proceedings, and deny a certificate of appealability. No objection has been filed and the deadline for doing so has expired. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's application for habeas corpus relief (ECF No. 37) and motion to stay the proceedings (ECF No. 43) are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A judgment will enter consistent with this order.


Dated: August 2, 2017                       /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE